May 25, 2026

Dear Judge Kendall,

My name is Amanda Zeilstra, wife of Christopher W. Martin, who is currently incarcerated at Winnebago County Jail in Rockford, IL. (20CR800.)

Although we are not able to physically be there, or show up to his court hearings, we fully support Christopher, and do wish we were able to attend. With our current situation, financially struggling, and with me being a single parent during this time, it is difficult to adjust my schedule to be able to attend any court hearings. We do want the court to know that we fully support Christopher through this difficult process. Our children, nor myself, have been able to hug or kiss him in almost 5 years. At the end of the day, he is our main provider, and we truly need him home. He is a great father, husband, friend, and is a person with a huge heart that has always helped anyone he possibly can, or in need.

I am very aware of the details in this case, and I know in my heart, that Christopher is a great Father, and he has always put everyone first, before himself.

Christopher has a past, yes, that is decades old, and I personally have watched him bounce back from things people never recover from. The trauma Christopher went through at a young age, and the things he dealt with, I don't know how anyone could go on. He overcame his past and worked VERY hard to turn his life around and become successful. I have watched him mend relationships with his family. His career alone proves that. A Local 150 Operating Engineer (Certified Crane Operator in Chicago and National Credited License) that he worked very hard for.

This process has been tough on everyone with the delays.

We need him in our lives, and we fully support him. We love him, and fully stand by him, so we just wish everyone involved would take that into consideration.


Please have mercy on my family.

Thank You for your time,

Amanda Zeilstra

June 22nd, 2025

Dear Judge Kendall,

My name is Ayden DeMario, and I am Christopher Martin's step-son. I haven't been able to see my step dad in almost 5 years. My mom, my sister Kaydence and myself miss him a lot. I hope we can reunite with him sooner than later. My mom is struggling being a single parent to me and my sister, while he has been away. This has really affected all of us big time the last 4+ years. Although we are not able to be there, or show up in person to his court dates, we all support him. I really wish we could be there, but want the court to know that we do fully support him through these difficult times. My mom is trying her best to take care of my sister and I the best she can, but my stepdad is our main provider for our family. He has always been a great stepdad, a great father to my sister Kaydence, and also a great husband to my mom. He always helps everyone out when they need it, and I know he is a great role model for me and my sister as we grow up. My sister struggles a lot with him being away, and she needs him in her life. We all do. I see her struggle daily, and in school also. She suffers from separation anxiety, as we were all inseparable, and always did everything together as a Family, but since he has been away, it hasn't been the same, and it makes me sad that I am not able to see my stepdad at all unless it's visit day on the video call, which is only once a week. I just really hope and pray this all ends soon, so we can be together as a Family again.

Thank you,
Ayden DeMario

## Character letter for Christopher Martin

From: ████████████████████████████

To: ████████████████

Date: Monday, June 24, 2024 at 11:04 AM CDT

Mr Levine,

This is a character letter for Christopher Martin.

I am a pastor at Rock Valley Bible Church in Loves Park, Illinois. I met Christopher during a Spiritual Impact Weekend in the Winnebago County Jail in February of 2024. The weekend began Thursday evening and continued through Sunday afternoon. I sat at a table with him and five other inmates. Of all of those at the table, Christopher was the most engaged and interested in spiritual things. He described his day, much of which is devoted to Bible study.

After the weekend Christopher and I have been communicating via the GettingOut app. He has expressed to me a longing for his DNA Bible class every Monday with a chaplain in the jail. On occasion this has been cancelled. He seems very disappointed when it is cancelled because he loves the time so much. He appears to be a leader on his pod when calling others to prayer. He also leads the Bible study on Fridays.

Christopher seems to me to be very earnest in seeking the Lord.

Sincerely,

Steve Brandon
Pastor, Rock Valley Bible Church

████████████████
████████████

# STACY MORRISSEY | ▮▮▮▮▮▮▮▮▮

October 7, 2025

**To whom it may concern:**

I have been asked to provide a character reference for Christopher Martin, who is currently incarcerated at the Winnebago County Jail in Rockford, Illinois. I have known Mr. Martin in my capacity as a volunteer trauma-informed yoga instructor at the jail.

I began teaching classes at the Winnebago County Jail in 2019, working through the Sheriff's Office to support trauma-informed yoga instruction as part of the Prison Yoga Project, which was founded in San Quentin Prison in 2002. Our trauma-informed practice supports healing and recovery for local incarcerated men and women. Studies have shown that incarcerated participants of yoga and mindfulness classes experience a reduction of stress and anxiety; calmer temperament; emotional control and anger management; improved rational decision making; and reduction of chronic physical pain.

I met Mr. Martin in August 2024 when he first attended our yoga class. He has been participating consistently since. Our class extends beyond exercise, creating a supportive community where participants gather weekly for well-being and mutual encouragement. Those unwilling to engage positively are removed. Mr. Martin has been a valued member since joining in 2024.

Respectfully submitted,

**Stacy Morrissey**
**RYT 500 / Trauma-Informed Yoga Instructor / Yoga Therapist**



**Matthew Robert**

████████████████

September 8, 2025

RE: Christopher Martin Hearing, Case No. 20CR800

To: The Honorable Judge Virginia M. Kendall
Courtroom 2541
219 S Dearborn St.
Chicago, Il 60604

My name is Matthew Robert. I am a mechanical engineer and enjoyed a career at the Byron Nuclear Station for 34 years. I am a member of Christ the Rock Lutheran church in Rockford and have held various leadership positions at the church. I was recently ordained as a Chaplain. From my many interactions with people over the course of my life, I believe I can accurately judge a person's character. I am writing on behalf of Christopher Martin.

I have worked with the Rockford Reachout Jail Ministry Organization for 7 years, helping to coordinate the spiritual impact weekends at Winnebago County Jail. Chris participated in two of our Rockford Reachout Jail Ministry Impact weekends. I spent quite a bit of time talking to Chris on those weekends and have messaged with him since then using the Getting Out App. During the impact weekend in September of 2024, Chris gave a 20-minute talk where he shared life experiences and gave the audience guidance on how to pursue a new way of life. I was very impressed with his intellect, his desire to reform, and his character. Chris has further worked hard to coordinate bible study gatherings in his living quarters at the Winnebago Jail and has been working on restoring his relationships with his family members. Chris has also used his time while incarcerated at Winnebago County Jail, to better himself by taking classes and extensively reading. Chris had some very difficult experiences as a child that impacted him but I believe that Chris has reformed and can and will contribute significantly to our society when he is finished with his incarceration. That said, I am aware of the serious nature of his case. I am also confident that reform has taken place in his life, and therefore respectfully ask you to apply leniency as his case progresses.

If you would like to contact me regarding the content of this letter, you can email me at ██████████████████████ or you call me at ██████████ Thank you for your time.

Sincerely

Matthew Robert



**ROCKFORD REACHOUT JAIL MINISTRY**

Winnebago County Justice Center | 650 West State Street | Rockford, Illinois 61102 | ph. ███████ | fax. ███████

Transforming hearts to break the cycle of crime.

July 18, 2025

To The Honorable Judge,

My name is John Evans and I am a chaplain in the Winnebago County Jail. I am employed by Rockford Reachout Jail Ministry and minister to the men in the jail who are actively demonstrating a desire to follow through on their personal commitment to having a relationship with Jesus Christ.

I am writing the court on the behalf of Christopher Martin who has been participating in a discipleship process that we teach, support and oversee while he has been in the Winnebago County Jail. This discipleship process begins when other followers of Jesus reach out to men in their housing unit and begin a relationship with them centered on learning and obeying the commands of Jesus. This process is peer to peer with accountability to one another to keeping the words of Jesus. The men who demonstrate faithfulness then have access to come to a class. At this point in their journey RRJM staff begins to have direct contact and input in their lives.

Christopher has really gone above and beyond many of our men in helping others and being a leader for the cause of Christ in the pod. Some of the things he has done are, hosting bible studies every Friday, making disciples consistently, passing out literature, hosting prayer circles daily, going to 2 spiritual impact weekends and helping in leadership duties on the second one, he's never missed a class or dna session, etc. I am as certain as one can be that this behavior will transfer out of here to his life in freedom.

Because of Christopher's faithfulness I have seen great change in him personally and in his housing unit, I have personally interacted with him on a weekly basis since the early stages of his incarceration. If he uses the tools he's been given and the support network that he has been exposed to upon his release, I know he has been taught a skill set that will help him to be a productive member of the community and a leader among his peers.

Sincerely,

John Evans

John Evans

**www.rockfordreachout.org**

Rockford Reachout Jail Ministry is a 501(c)3 nonprofit organization. Your contribution is tax deductible to the extent allowed by law.





To District Chief Judge Virginia M. Kendall,

My name is Jacob Stoeckicht and I am writing a character letter for Christopher Martin. His case number is 20CR800. I first got to know Christopher at a Spiritual Impact weekend at the Winnebago County Jail. I was the leader of that weekend and that was my first time getting to meet Christopher. This was in August of 2024. The Spiritual Impact Weekend was a weekend that was designed to help the residents of the Winnebago County Jail to see that through Jesus Christ, there can be forgiveness and hope. While on that weekend, Christopher worked humbly to serve in whatever manner that was asked of him. He had a quiet demeanor and stood apart from all the other inmates in that he was respectful and kind. Christopher and I spoke much on that weekend and that led to me wanting to continue our connection in order that I could be an encouragement to him. Since August I have been communicating to Christopher via an app called GTL Getting out. It is through this app that Christopher and I are able to communicate via text messages. In all my times of messaging Chris, I have never heard him be violent or aggressive. He has shown himself to be a character of kindness and understanding. I have been writing to him as encouragement, although I have to be honest, there are times where he encourages me. I know that Christopher continues his study of God's word through a group called DNA in the county jail. I Believe that Christopher has his sights on God and that he truly wants to please him. In his circumstances it would be easy to lose hope or have a negative attitude, but in all his trials, Christopher maintains a positive outlook.

My hope is that this letter and my time with Christopher would have an impact on his case, no matter how slight that may be. I wanted to reach out to you Judge Kendall and write about how Mr. Martin's attitude and it has been positive and hopeful. I know that his time in the County Jail has been difficult, but Christopher has made sure to stay clear of those that would harm his testimony for Christ and for himself. I believe that Mr. Martin means no harm to others and conducts himself in a humble manner.

Please feel free to contact me if there are any questions you may have. I would be willing to answer anything that may come up. I do thank you for your time in reading this letter.

Sincerely,

Jacob Stoeckicht



**REACHOUT**
ROCKFORD REACHOUT JAIL MINISTRY

Winnebago County Justice Center | 650 West State Street | Rockford, Illinois 61102 | ph. ▮ | fax. ▮

Transforming hearts to break the cycle of crime.

11/5/24

To The Honorable Judge Presiding:

I am writing the court regarding Christopher Martin.

Christopher Martin has been attending RRJM Bible Study classes consistently since 5/20/2024. Christopher has attended 21 Bible studies called DNA, Discipleship, Nurture and Accountability. This is a limited class for those we see as committed to changing their lives and becoming model citizens by making practical application of the commandments of Jesus Christ. He has also attended our intensive weekend retreat modeled after the Kairos prison ministry that is impacted prisoners worldwide. It is a three day program of Bible study, prayer and confession of wrongs.

We have seen him improve in his attitude and sense of responsibility for his own actions. Please extend him the utmost leniency.

Sincerely,

Chaplain David Thurman
Rockford Reachout Jail Ministry

44 Total Bible studies as of 11-5-24 66 total hours
2 weekend Retreats as of 11-5-24 64 total hrs

**www.rockfordreachout.org**

Rockford Reachout Jail Ministry is a 501(c)3 nonprofit organization. Your contribution is tax deductible to the extent allowed by law.

